# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156389(55)

GRANT BAUSERMAN, KARL WILLIAMS, and
TEDDY BROE, on Behalf of Themselves and All
Others Similarly Situated,
        Plaintiffs-Appellants,

v

UNEMPLOYMENT INSURANCE AGENCY,
        Defendant-Appellee.

_____/

SC: 156389
COA: 333181
Ct of Claims: 15-000202-MM

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted for filing if submitted on or before May 23, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2018



Clerk